In the Matter of the Probate of the Will of SUSANA HENRY, Deceased.

GEORGE C. STEIGER et al., Appellants; ANNIE M. MACDOWALL, as Executrix of SUSANA HENRY, Deceased, Respondent.

(Argued November 20, 1935; decided December 10, 1935.)

*Louis W. Manchester* for appellants.

*Dethloffs E. Klein* and *Frank A. James* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.